DENVER & R. G. R. CO. v. OGDEN MILLS. (Circuit Court of Appeals, Eighth Circuit. September 27, 1912.) No. 3,816. Appeal from the District Court of the United States for the District of Colorado. E. N. Clark and R. G. Lucas, both of Denver, Colo., for appellant. John Horne Chiles, Arthur C. Bartels, and Harry S. Silverstein, all of Denver, Colo., for appellee.

PER CURIAM. Temporary injunction (198 Fed. 137) suspended pendente lite, and cause remanded, with directions for further proceedings.

---

ETOWAH WATER & LIGHT CO. v. YANCEY. (Circuit Court of Appeals, Sixth Circuit. July 18, 1912.) No. 2,256. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. For opinion below, see 197 Fed. 845. McCroskey & Peace, of Madisonville, Tenn., for plaintiff in error. Cornick, Frantz & McConnell, of Knoxville, Tenn., for defendant in error.

PER CURIAM. Dismissed on motion of plaintiff in error.

---

FARMERS' COTTON OIL & TRADING CO. v. SOUTHERN COTTON OIL CO. (Circuit Court of Appeals, Fifth Circuit. October 31, 1912.) No. 2,405. In Error to the District Court of the United States for the Southern District of Alabama; Harry T. Toulmin, Judge. Daniel Partridge, Jr., of Selma, Ala., for plaintiff in error. Leon Weil, of Montgomery, Ala., and E. W. Pettus, of Selma, Ala., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. No one of the assignments of error in this case is well taken. The contract sued on is not tainted with illegality. The case seems to have been correctly ruled throughout in the court below, and the judgment of that court is therefore affirmed.